*89
 
 Daniei, J.
 

 The party against whom a witness is called, may examine other witnesses as to the
 
 general charac-tev
 
 of the first witness. The regular mode is to inquire, whether they, the attacking witnesses, have the
 
 means
 
 of Knowing the general character of the former witness. Rock
 
 wood’s
 
 case, 4 Stat. Tri. 693.
 
 Newsom
 
 v
 
 Hartsink,
 
 4 Esp. Rep. 102. Phil, on Ev. 212. The
 
 means
 
 of ascertaining E. Earnest’s general character, as enquired of by the Court, are not the o'nly means of ascertaining that character. That would be a means so extraordinary, that it would almost preclude any witness from being attacked as to character. We do not pretend to define the exact
 
 means,
 
 by which an impeaching witness is to learn the general character of the witness attacked, and this case in our opinion, does not calL for such a definition from this Court.
 

 But then the question put by the defendant’s counsel, “ whether he, Kin cade, knew in what estimation E. Earnest was held in his neighborhood, before she left it ” was on the other hand too much circumscribed. It did not amount to an enquiry, as to her
 
 general
 
 character before she left his neighborhood. The answer to this question might very naturally have been, “ my estimation of her character was then so and so.” But we know, that such an estimation by the witness himself would not answer the requirements of the law. The counsel did not ask the witness, if he knew in what
 
 general
 
 estimation E. Earnest was held, for that would have brought him round again to the original question, whether he knew her general character, which the witness had before responded to by stating, that he could not say whether he did or not. And to avoid the same answer, the counsel not only changed the phraseology of the question, but so narrowed its meaning, as to take it out of the rule of law, governing questions as to the character of witnesses. And therefore we think he was properly stopped by the Court; but not for the reason then given by his Honor. The judgment must be affirmed, and this opinion certified.
 

 Per'Curiam, Judgment affirmed.